UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MICHAEL RIVERA,<br>　*Plaintiff,*<br><br>v.<br><br>AFNI, Inc.<br>　*Defendant.* | §<br>§<br>§<br>§<br>§　Case No.<br>§<br>§<br>§<br>§ |

## DEFENDANT AFNI, INC.'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF SAID COURT:

　　Pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, Defendant AFNI, Inc. ("AFNI") hereby removes the subject action from the, to the United States District Court for the Southern District of Florida, on the following grounds:

　　1.　　Plaintiff Michael Rivera ("plaintiff") instituted an action in the County Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, on July 3, 2021. A copy of the Complaint is attached hereto as **Exhibit A**.

　　2.　　AFNI was served on July 7, 2021. Therefore, removal is timely as this removal is filed within thirty (30) days of notice of the suit.

　　3.　　Plaintiff's Complaint alleges violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. ("FDCPA").

　　4.　　This Court has original jurisdiction over the subject action pursuant to 28 U.S.C. §1331, since there is a federal question. This suit falls within the FDCPA which thus supplies the federal question.

　　5.　　Pursuant to 28 U.S.C. §1441, *et seq.*, this cause may be removed from the County Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, to the United States District Court for the Southern District of Florida.

6. Notice of this removal will promptly be filed with the clerk of County Court of the Seventeenth Judicial Circuit in and for Broward County, Florida and be served on all adverse parties.

7. Pursuant to 28 U.S.C. §1446(a), copies of all process, pleadings, orders and other papers filed in this action and obtained by Defendant are attached hereto and marked as composite **Exhibit A** and incorporated herein by reference

8. A jury demand was made in state court.

Respectfully submitted,

/s/ Charles J. McHale
Charles J. McHale, Esq.
FBN:  0026555
/s/ Dale T. Golden
Dale T. Golden, Esq.
FBN:  0094080
**GOLDEN SCAZ GAGAIN, PLLC**
1135 Marbella Plaza Drive
Tampa, Florida 33619
Phone:  (813) 251-5500
Direct:  (813) 251-3632
Fax:  (813) 251-3675
cmchale@gsgfirm.com
dgolden@gsgfirm.com