### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 21-CV-61533-RAR

**MICHAEL RIVERA**,

     Plaintiff,

v.

**AFNI, INC.,**

     Defendant.

_____/

### <u>ORDER TO SHOW CAUSE</u>

**THIS CAUSE** comes before the Court upon *sua sponte* review of the docket.  On July 29, 2021, the Court entered an Order Requiring Joint Scheduling Report and Certificate of Interested Parties [ECF No. 4] ("JSR Order") requiring the parties to file a joint scheduling report and certificate(s) of interested parties by August 20, 2021.  The time for compliance has passed and to date, there is no indication that the parties have complied with the JSR Order.  Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the parties shall comply with the JSR Order on or before **August 30, 2021** and show good cause for their failure to comply with the JSR Order. Failure to comply with this Order may result in sanctions without further notice.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 23rd day of August, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**